BERNARD KNOPP, Appellant, *v.* EDWARD T. SHERWOOD, JR., as Grand Master of the Grand Lodge of Free and Accepted Masons, Prince Hall, of the State of New York et al., Respondents.

(Argued October 11, 1934; decided October 26, 1934.)

*Samuel Meyers, Morris M. Goldknopf* and *Morris Meyers* for appellant.

*Oliver D. Williams, Francis F. Giles* and *George H. Beaubian* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.